No. 349. GUTIERREZ *v.* BUSTELO.—Appeal from the District Court of Humacao. Motion to dismiss the appeal for failure to present the record within the prescribed time. Decided December 2, 1908. Motion dismissed on account of a tie in the votes thereon. *Mr. Hord* for petitioner. *Mr. Benítez Castaño* for adverse party.

---

No. 49. GUZMÁN *v.* JUDGE OF THE DISTRICT COURT OF HUMACAO.—Application for a writ of *certiorari*. Decided December 2, 1908. Application denied. *Mr. Benítez Castaño* for the petitioner.

---

No. ——. ANGLADA *v.* FERRER.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided December 21, 1908. Motion cannot be considered because attorney for the petitioner is not entered on the register of lawyers. *Mr. Llorens Torres* for petitioner. *Mr. Sepúlveda* for adverse party.